**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HAMBI CETEWAYO, )
)
Plaintiff, )
)
v. ) No. 24 CV 5467
)
NORTHEAST ILLINOIS REGIONAL )
COMMUTER RAILROAD )
CORPORATION d/b/a METRA, JAMES )
KUDERNA, MARK ABERCROMBIE, )
JOSHUA KLIMA, and M. ENGLE, )
)
Defendants. )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, by their attorneys, and Pursuant to Rule 56.1(a) of the General Rules of the United States District Court for the Northern District of Illinois respectfully move this Court for summary judgment in Defendants' favor on all counts of Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

1. The undisputed material facts, as set forth in Defendants' Local Rule 56.1 Statement of Undisputed Material Facts filed herewith, show that Plaintiff cannot establish any violation of his constitutional rights by Defendants. Plaintiff has not adduced sufficient evidence to create a genuine dispute on any essential element of the claims.

2. Because the record contains no evidence that Defendants violated any of Plaintiff's rights, Defendants are entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(a). In addition, the individual Defendants are protected by qualified immunity, as their conduct did not violate any clearly established constitutional right.

3. Defendants have contemporaneously filed a Memorandum of Law in Support of this Motion for Summary Judgment, which is incorporated herein by reference.

4. For the reasons stated above and in the supporting Memorandum of Law and Rule 56.1 Statement, there are no genuine issues of material fact, and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request that this Honorable Court grant summary judgment in favor of all Defendants on all counts of the Complaint, dismiss Plaintiff's claims with prejudice, and award such further relief as the Court deems just and proper.

Respectfully submitted,

NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORP., JAMES KUDERNA, MARK ABERCROMBIE, JOSHUA KLIMA, and M. ENGLE,

By: */s/ Stephen G. Goins*_____
Attorney for Defendants

Stephen G. Goins – ARDC#: 6310890
**Metra Law Department**
547 West Jackson Boulevard - 15th Floor
Chicago, Illinois 60661
Telephone: 312.322.7073
sgoins@metrarr.com