

**Thomas G. Bruton**                                         **312-435-5670**
**Clerk**


Date:                                         Case Number:

Case Title:                                   Judge:

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party:

Exhibit is linked to entry:

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.


Thomas G. Bruton, Clerk

By: /s/
    Deputy Clerk


Rev. 1/8/2021