# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

HAMBI CETEWAYO, )
)
           Plaintiff, )
)
           v. )    No. 24 CV 5467
)
NORTHEAST ILLINOIS REGIONAL )
COMMUTER RAILROAD )
CORPORATION d/b/a METRA, JAMES )
KUDERNA, MARK ABERCROMBIE, )
JOSHUA KLIMA, and M. ENGLE, )
)
           Defendants. )

## DEFENDANTS' REPLY IN SUPPORT OF
## THEIR MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, by and through the undersigned, and pursuant to Local Rule 56.1(a)(2), and in support of their Motion for Summary Judgment, state as follows:

1. On November 14, 2025, Defendants filed their Motion for Summary Judgment, Memorandum of Law in Support, and Local Rule 56.1 Statement of Undisputed Material Facts. **Dkt. 53, 54, and 55.**

2. On September 17, 2025, the Court set the deadline for Plaintiff's response to Defendants' Motion for Summary Judgment as December 3, 2025, and Defendants' reply deadline as December 17, 2025. **Dkt. 52.**

3. The deadline for Plaintiff to respond has passed, and as of the date of this filing, Plaintiff has not filed any response or opposition to Defendants' Motion for Summary Judgment.

4. Defendants respectfully inform the Court of Plaintiff's failure to respond and stand on the arguments and evidence presented in their Motion for Summary Judgment, Memorandum of Law, and Local Rule 56.1 Statement.

5.      Defendants respectfully request that the Court consider the Motion for Summary Judgment as fully briefed and grant Defendants' motion.

WHEREFORE, the Defendants respectfully request that this Court enter an order granting the Defendants' Motion for Summary Judgment, dismissing the Plaintiff's case in its entirety with prejudice, and for any other relief that this Court deems just and appropriate.

Respectfully submitted,

Stephen G. Goins – ARDC#: 6310890
**Metra Law Department**
547 West Jackson Boulevard - 15th Floor
Chicago, Illinois 60661
Telephone: 312.322.7073
sgoins@metrarr.com

NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORP., JAMES KUDERNA, MARK ABERCROMBIE, JOSHUA KLIMA, and M. ENGLE,

By: */s/ Stephen G. Goins*_____

Attorney for Defendants