

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**DEC 11 2025** VKM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Hambi Ceteswuyo
Plaintiff

v.

Northeast Illinois Regional
Commuter rail road corporation

Defendant

)
)
)
)
)
)
)
)
)
)

Case Number: 24 cv 5467

Judge: Shah

Magistrate Judge: Fuentes

Motion for more ~~them~~ time to respond to defendants motion for Summary Judgement

I would like to ask the court to give me more time to respond to Defendants motion for Summary Judgement. I do not have access to the pacer system and I stay 3 hours from Chicago so It is hard for me to make it to the courthouse to file paperwork, Also I have been going through some Mental health issues and need more time to prepare my response to ~~defendants~~ defendants motion for Summary Judgement. I have been diagnosed with depression, anxiety and P.T.S.D. and currently on medication for the conditions previously mentioned. So I am asking this court/Judge to grant me more time to prepare and respond to defendants motion for Summary Judgement; 90 days will be sufficient for me.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]