IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**FILED**

FEB 03 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| HAMBI CETEWAYO | ) | |
| PLANTIFF, | ) | |
| V. | ) | |
| NORTHEAST ILLINOIS REGIONAL | ) | NO. 24 CV 5467 |
| COMMUTER RAILROAD CORPORATION d/b/a METRA, | ) | |
| JAMES KUDERNA, MARK ABERCROMBIE, | ) | |
| JOSHUA KLIMA AND M.ENGLE, | ) | |
| DEFENDANTS. | ) | |

## PLANTIFFS STATEMENT OF DISPUTED MATERIAL FACTS

1. **OVERVIEW**

   ON 9-6-2022 Mr. Cetewayo was sitting quietly and calmy on the train when metra police tased him. Contrary to defendants claims, Mr Cetewayo purchased a ventra metra ticket for his train ride previous to boarding the train, which his debit card statement will show and did not threaten train conductor with physical violence. If this case proceeds to trial, Defendant officers aggression when they tased, arrested and criminally charged Mr. Cetewayo( All charges were subsequently dropped) will be on full display. Defendant officers will be found liable for excessive use of force in violation of the 4th amendment to the united states constitution and 42 U.S.C. 1983 under counts 1 and 2 and all defendants will be found liable for malicious prosecution under count 4.

2. **FACTUAL SUMMARY**
   A. Mr Cetewayo had a metra ticket

①

ON 9-6-2022 Mr Cetewayo was a passenger on a metra train, shortly after boarding the train the metra police were called because defendant had trouble pulling up his metra ticket on the ventra app. Mr Cetewayo tried explaining to the police that he indeed did pay and have his metra ticket available on his phone and even trieed to show police officers his ticket to no avail. Mr cetewayo was tased and arrested. Mr cetewayo was charged with theft of services, resisting arrest and assalt to a transit employee. Despite these wrongful charges which were subsequently dropped, Mr Cetewayo had a valid ticket to ride the metra and attempted to present it to the defendants.

B.  Mr Cetewayo behavior Did not warrant Aggressive intervention from the Metra Police.

C.  Video evidence shows that Mr Cetewayo was calm and quiet When he was Unlawfully and Aggressively Tased.

When Defendant Officers entered the train, Mr Cetewayo was seate calmly and quietly. Defendant Officers came rushing onto Mr Cetewayo train car and asked him to step of the train. Mr Cetewayo tried explaining to officers that he had a valid train ticket. Yet defendants didn't listen and within a matter of seconds, they grabbed him and ordered him to stand up. Mr cetewayo remained calm and seated. Two officers grabbed his arms and pulled him to a half standing position. Mr Cetewayo is then tased whilethe tasing officer repeatedly shouts for Mr Cetewayo to stop resisting and get on the ground. Mr Cetewayo is cuffed and no explanation is given as to why he is under arrest.

This video is compelling and admissible at trial. When this video is presented at trial a jury will see how defendants unnecessarily escalated this situation by using excessive against a man who was seated calm and quiet. The jury will see that Mr cetewayo was essentially pre3sented a $4 train ticket to slowly. Which is an irrational, excessive, overly aggressive response.

## Plantiffs List Of Disputed Material Facts

| Defendants Claim | V. | Plantiffs Response |
|---|---|---|
| I did not have ticket To ride train. | | I did have ticket to ride train. |
| I threatened train Conductor. | | I did not threatened train Conductor. |
| I did not produce Ticket. | | I tried to show conductor and Metra police my ticket. |
| I told Conductor that I Would beat the shit out Of him. | | I did not threatened the train conductor. |
| I refused to pay and was Combative. | | I did not refuse to pay and Was not combative. |

①

I dropped my weight by going

Limp and bracing myself in seat.

I did not drop my weight or

Brace myself in seat.

I kept flopping back into my seat

An pulling my arms away.

I never flopped back into seat

And I never pulled my arms

Away.

I resisted the arrest.

I never was told I was under

Arrest , but I did not comply

With orders to get off the

Train.

## Plantiffs Reference To Evidence On file

1. Debit card transaction showing I paid for my ticket on the ventra app 30 minutes before I boarded the train.
2. Body cam footage showing interaction
3. Case was dismissed All charges were dropped.