# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| HAMBI CETEWAYO | ) | NO. 24 CV 5467 |
| PLANTIFF | ) | |
| | ) | |
| V. | ) | |
| NORTHEAST ILLINOIS REGIONAL | ) | |
| COMMUTER RAILOROAD CORPORATION | ) | |
| D/B/A METRA, JAMES KUDERNA | ) | |
| MARK ABRECROMBIE. | ) | |
| JOSHUA KLIMA , M, ENGLE | ) | |
| DEFENDANTS | | |

FILED

MAR 11 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION TO PROCEED TO TRIAL

# Introduction and Summary

Defendant and their Attorney Stephen Goins filed a Motion For Summary judgement in case # 24 CV 5467, stating that there is no undisputed facts in the forementioned case. Plaintiff ( Hambi cetewayo) filed a response to Defendants and Attorney Stephen Goins Motion for summary judgement. Plaintiff Hambi Cetewayo is praying that this court and Honorable Judge Fuentes proceed this matter to trial on the basis that there are Disputed material facts. Plaintiff Hambi Cetewayo filed a response that clearly argued the disputed facts, I even filed a memorandum of law, statement of disputed facts and referenced evidence which is already in the case files. Plaintiff Hambi Cetewayo also included a page that lined up the disputed facts (Defendants v. Plaintiff). If this court and Judge Fuentes deems my response invalid for formatting reasons then I would like to amend my response and file a new one. Defendants and their Lawyer Stephen Goins are trying to circumvent the law by trying to get summary judgement because I didn't number my Disputed facts page. So, if the courts cannot understand my response to Defendants and their lawyers motion for summary judgement, plaintiff Hambi Cetewayo would like to file an Amended Response to Defendants and their Attorney Stephen Goins motion For Summary Judgement.

Hambi Cetewayo
8813 S. Buffalo
Chicago IL, 60617
872-368-9467
hcetewayo638@gmail.com

Stephen G. Goins - ARDC #6310890
MeTra Law Department
547 W Jackson BLVD-15th floor
Chicago IL, 60661
312.322.7013
sgoins@metarr.com

②