Hambi Cetewayo

                                                    Plaintiff,

v.                                                                        Case No.:
                                                                          1:24–cv–05467
                                                                          Honorable Manish S.
                                                                          Shah

Northeast Illinois Regional Commuter Railroad
Corporation, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to proceed to trial [69] is denied as unnecessary. The court has not ruled on the pending motion for summary judgment and will take plaintiff's unrepresented status into account when reviewing his response to the statement of facts. The court will set any necessary deadlines after it rules on the motion for summary judgment. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.