**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Hambi Cetewayo,

Plaintiff,

v.

Northeast Illinois Regional Commuter Railroad
Corporation,

Defendant.

Case No.  24-cv-05467
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐        in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒        in favor of defendant Northeast Illinois Regional Commuter Railroad Corporation
and against plaintiff Hambi Cetewayo.

Defendant shall recover costs from plaintiff.

☐        other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:   5/27/2026                          Thomas G. Bruton, Clerk of Court

                                           /Susan McClintic , Deputy Clerk